UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERIC C. LAPIERRE,<br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security Administration,<br>    Defendant. | )<br>)<br>)<br>) NO. 3:11cv30010-MAP<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AS TO ATTORNEY'S FEES

Now come the parties, by and through undersigned counsel, and pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, hereby stipulate and agree to a lump sum payment of said attorneys' fees in the amount of $3,733.75 and costs in the amount of $350.00.

Pursuant to an assignment agreement, the plaintiff has requested that these EAJA fees be paid directly to his attorney, the Law Offices of Harry J. Binder and Charles E. Binder, P.C. The United States Supreme Court recently held that EAJA fees are payable to the prevailing party, not the prevailing party's attorney. See Astrue v. Ratliff, 130 S. Ct. 2521 (2010). Additionally, the Supreme Court held that such fees are subject to offset, under the Treasury Offset Program, to satisfy any preexisting debt that the prevailing party might owe to the federal government. Id. As a convenience to the Law Offices of Harry J. Binder and Charles E. Binder, P.C., the Commissioner will accept the EAJA fee assignment in this case and pay the fees

directly to the Law Offices of Harry J. Binder and Charles E. Binder, P.C. if the defendant determines, at the time of approval of this Stipulation, that the plaintiff owes no debt to the federal government that would require offset of those fees.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:

| /s/ Stephen L. Raymond | /s/ Karen L. Goodwin |
|---|---|
| STEPHEN L. RAYMOND, ESQUIRE | KAREN L. GOODWIN |
| Attorney for Plaintiff | Assistant U.S. Attorney |
| Law Offices of Harry J. Binder & Charles E. Binder, P.C. | 300 State Street, Suite 230 |
| | Springfield, MA 01105 |
| | (413) 785-0235 |
| 3 Washington Square | |
| Suite 206 | |
| Haverhill, MA 01830 | |
| (978) 372-6590 | |

THE FOREGOING STIPULATION IS HEREBY APPROVED THIS 6th DAY OF September, 2011.   SO ORDERED.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U.S. District Court Judge